# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **OTIS MAYS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. CIV-24-17-G |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Plaintiff Otis Mays, a federal prisoner appearing pro se, initiated this civil action on January 8, 2024. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin for preliminary review.

On August 7, 2024, Judge Erwin issued a Report and Recommendation (Doc. No. 17) recommending that this action be dismissed due to Plaintiff's failure to comply with the Court's Orders.

In the Report and Recommendation, Judge Erwin advised Plaintiff of his right to object to the Report and Recommendation by August 26, 2024. Judge Erwin also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Plaintiff has not filed any objection to the Report and Recommendation or sought leave for additional time to do so.

## CONCLUSION

Accordingly, the court ADOPTS the Report and Recommendation (Doc. No. 17) in its entirety. This action is DISMISSED without prejudice.

A separate judgment shall be entered.

IT IS SO ORDERED this 4th day of October, 2024.

*[signature]*
CHARLES B. GOODWIN
United States District Judge